## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRYAN FEBONIO, )
        Petitioner, )
)  Civil Action No. 07-199 Erie
  v. )
)
HELEN J. MARBERRY, )
        Respondent. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on July 19, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 17], filed on May 22, 2009, recommended that Petitioner's Petition be dismissed as moot. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of June, 2009;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as moot.

The Report and Recommendation [Doc. No. 17] of Magistrate Judge Baxter, filed on May 22, 2009, is adopted as the opinion of the Court.

                                      s/   Sean J. McLaughlin
                                            United States District Judge

cm:    All parties of record
          Susan Paradise Baxter, U.S. Magistrate Judge